UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **NIKOLAI RADOMILE,**  Plaintiff,  v.  **PINNACLE TREATMENT CENTERS, KY-I LLC, d/b/a RECOVERY WORKS GEORGETOWN; AMY OLSEN; SUSIE GREENWELL; and LISA PINKERTON,**  Defendants. | CASE NO. 5:23-CV-343-KKC-MAS  **JUDGMENT** |

*** *** ***

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Pinnacle Treatment Centers, KY-I, LLC's Motion for Summary Judgment (DE 24) is GRANTED;

2) judgment is ENTERED in favor of Pinnacle Treatment Centers, KY-I, LLC on the sole remaining claim;

3) this judgment is FINAL and APPEALABLE; and

4) this matter is STRICKEN from the Court's active docket.

This 9th day of September, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY